UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| CAROL THOMAS, | ) | 2:09-CV-01131-PMP-LRL |
| Plaintiff, | ) | |
| vs. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

On November 24, 2009, the Court entered an Order (Doc. #5) directing that Plaintiff file an amended complaint on or before December 23, 2009, "or her case may be dismissed."

To date, no amended complaint has been filed.

**IT IS THEREFORE ORDERED that** this action is hereby DISMISSED.

DATED: March 16, 2011.

_____
PHILIP M. PRO
United States District Judge